# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **RAMON R. INNISS,** | ) |
|     Plaintiff, | ) |
| | ) |
| **v.** | ) |
| | )    **CIVIL ACTION 1:19-00295-KD-MU** |
| **SGT. FINKLEA,** *et al.,* | ) |
|     Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated January 18, 2022, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the Defendants' motion for summary judgment is **GRANTED in part** and **DENIED in part** as follows: 1) **DENIED** as to Defendants Finklea, McQuirter, Stanford, Patterson, Wilson, and Bullard with regard to Inniss' claims that they individually violated his Eighth Amendment rights by using excessive force against him; 2) **GRANTED** in favor of Defendants Smith and Bolar and **DENIED** as to Defendant McKenzie on Innis' claims for failure to protect and failure to intervene; and 3) **GRANTED** in favor of Defendants Stewart, Raybon, and Mitchell on both the Eighth Amendment and Fourteenth Amendment claims asserted against them.

**DONE** and **ORDERED** this the **23rd** day of **February 2022.**

                                                /s/ Kristi K. DuBose
                                              **KRISTI K. DuBOSE**
                                              **UNITED STATES DISTRICT JUDGE**