IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RAMON R. INNISS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 19-00295-KD-MU |
| | ) |
| SGT. FINKLEA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on the parties' joint motion to reopen the case and vacate the Courts August 16, 2022 Order to obtain additional time within which to complete the settlement. (Doc. 69).

Specifically, on August 16, 2022, the Court dismissed this action from the docket subject to the right of any party to reinstate the case within 45 days of the date of the order. (Doc. 68). On September 30, 2022, the parties jointly moved to reinstate the case and vacate the August 16, 2022 Order to obtain additional time to complete the settlement, and did so timely. (Doc. 69). Upon consideration, the Court finds that the grant of additional time – rather than reinstating the case – is appropriate.

As such, it is **ORDERED** that the parties' motion to reinstate (Doc. 69) is **DENIED in part** and **GRANTED in part** as follows: **DENIED** as to reinstatement and vacating the August 16, 2022 Order; **GRANTED** as to the request for additional time within which to finalize the settlement. Thus, it is **ORDERED** that the August 16, 2022 Order is amended such that the parties shall have an **additional 45 days from the date of this Order** within which to move to reinstate (i.e., the parties may move to reinstate the action within forty-five (45) days of the date of this Order should the settlement agreement not be consummated). Each party shall bear its

own costs, expenses, and attorneys' fees in accordance with the terms of the settlement agreement.

  **DONE** and **ORDERED** this 12th day of **October 2022**.

           <u>/s/ Kristi K. DuBose</u>
           **KRISTI K. DuBOSE**
           **UNITED STATES DISTRICT JUDGE**